GEORGE LATTA et al., Appellants-Respondents, v IRON-WIL ASSOCIATES et al., Defendants, and 120 NORTHGATE ROAD, INC., Doing Business as D & S ELECTRIC, Respondent-Appellant. [675 NYS2d 326] —Cross appeal unanimously dismissed (see, CPLR 5511; Town of Massena v Niagara Mohawk Power Corp., 45 NY2d 482, 488; Matter of Brown v Starkweather, 197 AD2d 840, 841, lv denied 82 NY2d 653) and order and judgment affirmed without costs. (Appeals from Order and Judgment of Supreme Court, Monroe County, Ark, J.—Negligence.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.